UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION FUND, et al.,
          Plaintiffs,

        v.                          Case No. 06-CV-1139

PRECISION STRUCTURES, INC.,
          Defendant.

## ORDER

After some procedural delay involving the defendant counsel's request to withdraw and the court's grant of the motion to substitute counsel, the court conducted a telephone status conference with the parties on September 26, 2007. Plaintiffs' counsel of record appeared and the defendant's newly-retained counsel appeared. At the hearing, the court discussed the status of the case with the parties including a possible settlement, and the plaintiffs' pending motion for default judgment.

The court indicated that upon receipt of a stipulation regarding settlement, the plaintiffs' motion for default judgment would be denied without prejudice, and further, once the final payment was received by the plaintiffs to satisfy the terms of the settlement, the court would dismiss the case in its entirety.

On October 18, 2007, the parties filed a joint letter indicating that they have reached a settlement, and the contemplated time for satisfaction of the terms of the agreement would be on or about December 31, 2007.

ACCORDINGLY, IT IS ORDERED that the plaintiffs' motion for default judgment is **denied without prejudice.** The court shall hold any further proceedings in this matter in abeyance until such time as the terms of the agreement are fully satisfied.

IT IS FURTHER ORDERED that counsel for the plaintiffs shall notify the court in writing when the terms of the agreement are fully satisfied.

Dated at Milwaukee, Wisconsin, this <u>19th</u> day of October, 2007.

        BY THE COURT:

        <u>s/AARON E. GOODSTEIN</u>
        United States Magistrate Judge